IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DOES, R.C., Individually and as Parent
And Next Friend of D.C                                                PLAINTIFFS

V.                       4:20CV00794 JM

MONTICELLO SCHOOL DISTRICT                                   DEFENDANT

## ORDER OF DISMISSAL

Pursuant to the joint motion (ECF No. 38), this case is dismissed with prejudice. The trial scheduled for December 13, 2021 is cancelled. The Clerk is directed to close the case.

IT IS SO ORDERED this 8th day of December, 2021.

_____
James M. Moody Jr.
United States District Judge